UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

                                      Index No.: 08-CIV-1227 (CLB)

                    Plaintiffs,       **VOLUNTARY NOTICE**
                                      **OF DISMISSAL & ORDER**

    -against-

FINEST PAINTING & DECORATING, INC.,

                    Defendants.
-----------------------------------------------------------------x

      Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: February 25, 2008
       Elmsford, New York

                                                              Dana L. Henke, Esq. (DLH3025)
                                                              Attorney for Plaintiff
                                                               258 Saw Mill River Road
                                                               Elmsford, New York 10523
SO ORDERED Feb 25, 2008               (914) 592-1515

_____
Honorable Charles L. Bricant, U.S.D.J.